UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x

FELIPE UPON JOCHOLA, OTTONIEL RAMOS BATEN, MIGUEL FRANCISCO AJPOP, and ROMAN PAJARITO, individually and on behalf of others similarly situated,

                Plaintiffs,

-against-

GREEN SUMMIT GROUP LLC (d/b/a GREEN SUMMIT), CITY BARN GROUP LLC. (d/b/a CITY BARN KITCHEN), BLACK LEXINGTON GROUP, LLC. (d/b/a GREEN SUMMIT), PETER SHATZBERG, and TODD MILLMAN,

                Defendants.

---------------------------------------------------------------------- x

Case No.: 18 Civ. 01360 (JPO)

**DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Green Summit Group LLC, City Barn Group LLC, and Black Lexington Group, LLC, which are private non-governmental parties, by and through their attorneys, hereby identify their parent corporations and any publicly held corporation owning 10% or more of their stock as follows:

- Black Lexington Group, LLC is the sole parent company of Green Summit Group LLC, and there is no publicly held corporation that owns 10% or more of Green Summit Group LLC.

- City Barn Group LLC is inactive and was dissolved in December 2014. City Barn Group LLC neither had nor has a parent corporation and no publicly held corporation owned or owns 10% or more of City Barn Group LLC.

- Black Lexington Group, LLC has no parent corporation and there is no publicly held corporation that owns 10% or more of Black Lexington Group, LLC.

Dated: New York, New York
       May 10, 2018

                              **TANNENBAUM HELPERN**
                              **SYRACUSE & HIRSCHTRITT LLP**

                        By: */s/ Jason B. Klimpl*
                              Jason B. Klimpl
                              Andrew W. Singer
                        900 Third Avenue
                        New York, NY 10022
                        Telephone: (212) 508-6700
                        klimpl@thsh.com
                        singer@thsh.com

                        *Attorneys for Defendants Green Summit Group LLC, City Barn Group LLC, Black Lexington Group, LLC, and Todd Millman*

To:     Sara Isaacson, Esq.
        Michael Faillace & Associates, P.C.
        60 E. 42nd Street, Suite 4510
        New York, NY 10165
        sisaacson@faillacelaw.com

        *Attorneys for Plaintiffs*
        [via ECF]