UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELIPE UPON JOCHOLA, et al.,

                Plaintiffs,

- against -

GREEN SUMMIT GROUP LLC, et al.,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/31/18
```

**ORDER**

18 Civ. 1360 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       It is hereby ORDERED that a telephone conference will take place in this matter on **July 11, 2018 at 11:00 a.m.** Once both sides are on the line, counsel should contact Chambers at 212-805-0224.

Dated: New York, New York
       May 30, 2018

                                          SO ORDERED.

                                          _____
                                          Paul G. Gardephe
                                          United States District Judge