UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x
FELIPE UPON JOCHOLA, OTTONIEL RAMOS :
BATEN, MIGUEL FRANCISCO AJPOP, ROMAN :
PAJARITO and ANDRES SANDOVAL, individually :
and on behalf of others similarly situated, :
: Case No.: 18 Civ. 01360 (PGG)
Plaintiffs, :
:
-against- : **NOTICE OF APPEARANCE**
:
GREEN SUMMIT GROUP LLC (d/b/a GREEN :
SUMMIT), CITY BARN GROUP LLC. (d/b/a CITY :
BARN KITCHEN), BLACK LEXINGTON GROUP, :
LLC. (d/b/a GREEN SUMMIT), PETER :
SHATZBERG, and TODD MILLMAN, :
:
Defendants. :
:
---------------------------------------------------------------------- x

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE, that Andrew P. Yacyshyn of Tannenbaum Helpern Syracuse & Hirschtritt LLP hereby appears in the above-entitled action as an attorney for defendants Green Summit Group LLC (d/b/a Green Summit), City Barn Group LLC (d/b/a City Barn Kitchen), Black Lexington Group, LLC (d/b/a Green Summit), and Todd Millman, and hereby demands that all papers and notices of all proceedings in said action be served upon the undersigned at the office and post office address listed below.

*****

| | |
|---|---|
| Dated: New York, New York<br>  June 7, 2018 | TANNENBAUM HELPERN<br>  SYRACUSE & HIRSCHTRITT LLP<br><br>By: ___/s/ Andrew P. Yacyshyn_____<br>         Andrew P. Yacyshyn<br><br>900 Third Avenue<br>New York, New York 10022<br>(212) 508-6792<br>Fax: (212) 371-1084<br>Email: yacyshyn@thsh.com<br><br>*Attorneys for Defendants Green Summit*<br>*Group LLC, City Barn Group LLC, Black*<br>*Lexington Group, LLC, and Todd Millman* |

TO:

All Attorneys of Record