# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd St. Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

sisaacson@faillacelaw.com

July 9, 2018

**BY ECF**

Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

                  Re:     *Upon Jochola, et al v. Green Summit Group LLC, et al.*
                          18-cv-1360

Your Honor:

      This office represents Plaintiffs in the above- referenced matter. Plaintiffs write, with the consent of Defendants' counsel to respectfully request an adjournment of the telephone conference presently scheduled for July 10, 2018 at 11:00 a.m. (the "Conference"). The reason for the requested adjournment is that the undersigned has a conflict. The parties propose the following alternative dates for the Conference: July 31, 2018 in the afternoon, August 2, 2018 in the afternoon, August 3, 2018 in the afternoon, or any other date and time convenient for the Court.

                                      Respectfully Submitted,

                                      _____/s/_ Sara Isaacson
                                      Sara Isaacson

cc:     Jason Klimpl (via ECF)