UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELIPE UPON JOCHOLA, et al.,

                Plaintiffs,

- against -

GREEN SUMMIT GROUP LLC, et al.,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/18
```

**ORDER**

18 Civ. 1360 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the telephone conference currently scheduled for **Wednesday, July 11, 2018 at 11:00 a.m.** is adjourned to **Thursday, August 2, 2018 at 2:30 p.m.** Once both sides are on the line, counsel should contact Chambers at 212-805-0224.

Dated: New York, New York
       July 10, 2018

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge