LIPPES MATHIAS WEXLER FRIEDMAN LLP
Vincent M. Miranda (VM 0811)
Amy Habib Rittling (AR 6413)
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202
Tel: (716) 853-5100
Fax: (716) 853-5199
*Attorneys for Defendant*
*Peter Schatzberg*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

—————————————————————

FELIPE UPON JOCHOLA,
OTTONIEL RAMOS BATEN,
MIGUEL FRANCISCO AJPOP,
ROMAN PAJARITO, and
ANDRES SANDOVAL

**NOTICE OF APPEARANCE**

                                        *Plaintiffs,*      **Civil Action No.**
        -vs-                                               **1:18-cv-01360**

GREEN SUMMIT GROUP LLC,
BLACK LEXINGTON GROUP, LLC,
CITY BARN GROUP LLC,
PETER SCHATZBERG and
TODD MILLMAN,

                                        *Defendants.*

—————————————————————

**PLEASE TAKE NOTICE** that:

                        Vincent M. Miranda, Esq.
                        Lippes Mathias Wexler Friedman LLP
                        50 Fountain Plaza, Suite 1700
                        Buffalo, New York 14202
                        Telephone:  (716) 853-5100
                        Facsimile:  (716) 853-5199

hereby appears as counsel for the Defendant Peter Schatzberg in this action.

Dated: July 31, 2018
        Buffalo, New York

Respectfully submitted,

**LIPPES MATHIAS WEXLER FRIEDMAN LLP**

By:   /s/ Vincent M. Miranda
Vincent M. Miranda (VM 0811)
Amy Habib Rittling (AR 6413)
*Attorneys for Defendant Peter Schatzberg*
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202
Telephone: (716) 853-5100
Fax: (716) 851-5199
vmiranda@lippes.com
ahabibrittling@lippes.com

TO:   MICHAEL FAILLACE & ASSOCIATES, P.C.
Sara J. Isaacson
Michael A. Faillace
*Attorneys for Plaintiffs*
60 East 42nd Street
Suite 4510
New York, New York 10165
Tel.: (212) 317-1200
Fax: (212) 317-1620
sisaacson@faillacelaw.com
michael@faillacelaw.com

TANNENBAUM HELPERN SYRACUSE
& HIRSCHTRITT LLP
Andrew P. Yacyshyn
Jason B. Klimpl
*Attorneys for Defendants*
*Green Summit Group LLC,*
*Black Lexington Group, LLC and*
*City Barn Group LLC*
900 Third Avenue
New York, New York 10022
Tel: (845) 558-7309
Fax: (212) 371-1084
yacyshyn@thsh.com
klimpl@thsh.com

2