

50 Fountain Plaza
Suite 1700
Buffalo, NY 14202
**Phone:** 716.853.5100
**Fax:** 716.853.5199
lippes.com

July 31, 2018

**Via ECF and FACSIMILE (212-805-7986)**
The Honorable Paul G. Gardephe, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 705
New York, NY 10007

Re:   *Jochola et al., v. Green Summit Group LLC, et al.*
      Case No. 18-cv-01360

Dear Judge Gardephe:

      This firm represents Defendant Peter Schatzberg in the above-referenced matter. We write, pursuant to Your Honor's Individual Rules of Practice in Civil Cases, to request that the Court extend the deadline by which Mr. Schatzberg must respond to the Amended Complaint to September 7, 2018.  We were notified late on July 30, 2018 that an Affidavit of Service had been filed, and Mr. Schatzberg's answer to the Amended Complaint was due the next day on July 31, 2018. This is our first request for an extension of time to answer, and Plaintiffs' counsel has consented to our request.  We need until September 7, 2018 to respond to the Amended Complaint because of a previously scheduled vacation and our client being permanently located outside of the country.

Respectfully submitted,

Lippes Mathias Wexler Friedman LLP

*/s/ Vincent M. Miranda*

Vincent M. Miranda

VMM/smk