LIPPES MATHIAS WEXLER FRIEDMAN LLP
Amy Habib Rittling (AR 6413)
Vincent M. Miranda (VM 0811)
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202
Tel: (716) 853-5100
Fax: (716) 853-5199
*Attorneys for Defendant*
*Peter Schatzberg*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

FELIPE UPON JOCHOLA,
OTTONIEL RAMOS BATEN,
MIGUEL FRANCISCO AJPOP,
ROMAN PAJARITO, and
ANDRES SANDOVAL

                                             **NOTICE OF APPEARANCE**

                    *Plaintiffs,*       **Civil Action No.**
  -vs-                                         **1:18-cv-01360**

GREEN SUMMIT GROUP LLC,
BLACK LEXINGTON GROUP, LLC,
CITY BARN GROUP LLC,
PETER SCHATZBERG and
TODD MILLMAN,

                    *Defendants.*

---

**PLEASE TAKE NOTICE** that:

        Amy Habib Rittling, Esq.
        Lippes Mathias Wexler Friedman LLP
        50 Fountain Plaza, Suite 1700
        Buffalo, New York 14202
        Telephone:  (716) 853-5100
        Facsimile:  (716) 853-5199

hereby appears as counsel for the Defendant Peter Schatzberg in this action.

Dated: July 31, 2018
       Buffalo, New York

Respectfully submitted,

**LIPPES MATHIAS WEXLER FRIEDMAN LLP**

By:   /s/ Amy Habib Rittling
Amy Habib Rittling (AR 6413)
Vincent M. Miranda (VM 0811)
*Attorneys for Defendant Peter Schatzberg*
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202
Telephone: (716) 853-5100
Fax: (716) 851-5199
vmiranda@lippes.com
ahabibrittling@lippes.com

TO:   MICHAEL FAILLACE & ASSOCIATES, P.C.
Sara J. Isaacson
Michael A. Faillace
*Attorneys for Plaintiffs*
60 East 42nd Street
Suite 4510
New York, New York 10165
Tel.: (212) 317-1200
Fax: (212) 317-1620
sisaacson@faillacelaw.com
michael@faillacelaw.com

TANNENBAUM HELPERN SYRACUSE
& HIRSCHTRITT LLP
Andrew P. Yacyshyn
Jason B. Klimpl
*Attorneys for Defendants*
*Green Summit Group LLC,*
*Black Lexington Group, LLC and*
*City Barn Group LLC*
900 Third Avenue
New York, New York 10022
Tel: (845) 558-7309
Fax: (212) 371-1084
yacyshyn@thsh.com
klimpl@thsh.com