```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELIPE UPON JOCHOLA, et al.,

                Plaintiffs,

- against -

GREEN SUMMIT GROUP LLC, et al.,

                Defendants.

**ORDER**

18 Civ. 1360 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the telephone conference currently scheduled for **August 2, 2018** is adjourned to **Thursday, August 9, 2018 at 11:15 a.m.** Once both sides are on the line, counsel should contact Chambers at 212-805-0224.

Dated: New York, New York
      August 1, 2018

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge