| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 12/10/18 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELIPE UPON JOCHOLA, et al.,

          Plaintiffs,

- against -

GREEN SUMMIT GROUP LLC, et al.,

          Defendants.

**ORDER**

18 Civ. 1360 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the pre-trial conference currently scheduled for **December 13, 2018** is adjourned to **Tuesday, January 8, 2019 at 3:00 p.m**. Once both sides are on the line, counsel should contact Chambers at 212-805-0224.

Dated: New York, New York
       December 10, 2018

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge