UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/18
```

FELIPE UPON JOCHOLA, et al.,

        Plaintiffs,

- against -

GREEN SUMMIT GROUP LLC, et al.,

        Defendants.

**ORDER**

18 Civ. 1360 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the pre-trial conference currently scheduled for December 13, 2018 is adjourned to **Tuesday, January 8, 2019 at 3:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
      December 13, 2018

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge