UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELIPE UPON JOCHOLA, et al.,

                Plaintiffs,

- against -

GREEN SUMMIT GROUP LLC, et al.,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

**ORDER**

18 Civ. 1360 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the pre-trial conference currently scheduled for January 8, 2019 is adjourned to **Tuesday, February 19, 2019 at 12:30 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       December 28, 2018

                                SO ORDERED.

                                _____
                                Paul G. Gardephe
                                United States District Judge