# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd St. Suite 4510                                           Telephone: (212) 317-1200
New York, New York 10165                                              Facsimile: (212) 317-1620

sisaacson@faillacelaw.com

February 1, 2019

**BY ECF**

Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

           Re:    *Upon Jochola, et al v. Green Summit Group LLC, et al.*
                   18-cv-1360

                   *Cruz Sanchez, et al v. Rainbow Umbrella, LLC, et al.*
                   17-cv-9065

Your Honor:

      This office represents Plaintiffs in the above- referenced matters. We write jointly with counsel for Defendants to inform the Court that the parties have reached a settlement in principle. Accordingly, the parties respectfully request that all matter be adjourned *sine die*, and that the parties be given 45 days to finalize their settlement agreement and submit it for Court approval. We thank the Court for its time and attention to this matter.

                                      Respectfully Submitted,

                                      /s/ Michael Faillace
                                    Michael Faillace

cc:    Jason Klimpl, Esq. (via ECF)
        Vincent Miranda, Esq. (via ECF)