UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELIPE UPON JOCHOLA, OTTONIEL RAMOS BATEN, MIGUEL FRANCISCO AJPOP, ROMAN PAJARITO, and ANDRES SANDOVAL, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

GREEN SUMMIT GROUP LLC d/b/a GREEN SUMMIT, BLACK LEXINGTON GROUP, LLC d/b/a GREET SUMMIT, CITY BARN GROUP LLC d/b/a CITY BARN KITCHEN, PETER SHATZBERG, and TODD MILLMAN,

    Defendants.

**ORDER OF DISMISSAL**

18 Civ. 1360 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    The Court having been advised that all claims asserted herein have been settled, it is ORDERED that the above-entitled action be, and hereby is, dismissed with prejudice but without costs; provided, however, that if the settlement is not consummated within forty-five days of this order, any party may apply by letter within the forty-five-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored. The Clerk of the Court is directed to close the case. Any pending dates and deadlines are adjourned sine die, and any pending motions are moot.

Dated: New York, New York
       February 4, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge