UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FELIPE UPON JOCHOLA, OTTONIEL RAMOS BATEN, MIGUEL FRANCISCO AJPOP, ROMAN PAJARITO and ANDRES SANDOVAL, *individually and on behalf of others similarly situated,*<br><br>*Plaintiffs,*<br><br>-against-<br><br>GREEN SUMMIT GROUP LLC (d/b/a GREEN SUMMIT), CITY BARN GROUP LLC.(d/b/a CITY BARN KITCHEN), BLACK LEXINGTON GROUP, LLC. (d/b/a GREEN SUMMIT), PETER SHATZBERG, and TODD MILLMAN<br><br>*Defendants.* | Index No. 18-cv-1360<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

Sara Isaacson, Esq., the undersigned counsel, respectfully moves to withdraw as counsel for Plaintiffs in the above-captioned matter, as she has decided to leave the firm and therefore her last day with the law firm of Michael Faillace & Associates, P.C. is Tuesday, February 19, 2019.

Michael Faillace & Associates, P.C. will continue to represent the Plaintiffs in this matter, and no party will be prejudiced if this Motion is granted.

WHEREFORE, undersigned counsel respectfully requests that this Court permit Sara Isaacson to withdraw as counsel for the Plaintiffs in this matter.

Dated: New York, New York
       February 18, 2019

Respectfully submitted,

*/s/ Sara Isaacson*
Sara Isaacson, Esq.
Michael Faillace & Associates, P.C.
60 East 42nd Street, Suite 4510
New York, New York 10165
*Attorneys for Plaintiffs*

SO ORDERED:

_____
Paul G. Gardephe, U.S.D.J.
Date: Feb. 19, 2019