# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd St. Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

gnaydenskiy@faillacelaw.com

April 22, 2019

**BY ECF**

Honorable Paul G. Gardephe  
United States District Judge  
Thurgood Marshall  
United States Courthouse  
40 Foley Square  
New York, NY 10007

Re: *Upon Jochola, et al v. Green Summit Group LLC, et al.*  
18-cv-1360

*Cruz Sanchez, et al v. Rainbow Umbrella, LLC, et al.*  
17-cv-9065

Your Honor:

This office represents Plaintiffs in the above- referenced matters. We write to request a 30 day extension to file Plaintiffs' motion for settlement to May 22, 2019. The reason for the request is because the undersigned received the agreement a few days ago and because of other pressing matters, additional time is required to review and negotiate the terms and have all the client come in to review and sign the agreement. Thus, we respectfully request a deadline of May 22, 2019 to submit Plaintiffs' motion for settlement. We thank the Court for its time and attention to this matter. Defendants consent to the extension.

Respectfully Submitted,

/s/ Gennadiy Naydenskiy  
Gennadiy Naydenskiy

cc: Jason Klimpl, Esq. (via ECF)  
Vincent Miranda, Esq. (via ECF)

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: April 25, 2019

*Certified as a minority-owned business in the State of New York*